```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         HUNTINGTON
```

**UNITED STATES OF AMERICA**

**v.**                                  **CRIMINAL NO. 3:19-cr-00155**

**MAURICE LAVELLE MILLER JR.**

### UNITED STATES RESPONSE TO MOTION IN LIMINE

Now comes the United States of America, by Ryan A. Keefe, Assistant United States Attorney for the Southern District of West Virginia, and submits this response to Defendant's Motion in Limine to Exclude Other Bad Acts Evidence at Trial. The United States would not seek to introduce portions of an interview relating to an allegation of domestic violence against the Defendant. As the charges in the Indictment entail two controlled buys of heroin from February 20, 2019, and February 25, 2019, the United States agrees that the marijuana, unknown powders, and the handgun seized from the February 27, 2019, search warrant should not be used by the United States in its case-in-chief.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

s/Ryan A. Keefe
RYAN A. KEEFE
Assistant United States Attorney
ND State Bar No. 08001
845 Fifth Avenue, Rm 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
Email: ryan.keefe@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "United States Response to Motion in Limine" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this date 29th day of September, 2020, to:

>David R. Bungard
>Assistant Federal Public Defender
>300 Virginia Street, E
>Room 3400
>Charleston, WV 25301

>s/Ryan A. Keefe
>RYAN A. KEEFE
>Assistant United States Attorney
>ND State Bar No. 08001
>845 Fifth Avenue, Rm 209
>Huntington, WV 25701
>Telephone:  304-529-5799
>Fax: 304-529-5545
>Email: ryan.keefe@usdoj.gov